**No. 10-7450. In re Carlos Shaarbay, Petitioner.**

562 U.S. 1090, 131 S. Ct. 811, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9496.

December 6, 2010. Petition for writ of habeas corpus denied.

**No. 09-9515. Anthony C. Pitre, Petitioner v. Nathan Cain, et al.**

562 U.S. 1103, 131 S. Ct. 813, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9499.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 992, 131 S. Ct. 8, 178 L. Ed. 2d 342, 2010 U.S. LEXIS 8129.

**No. 09-10814. Clifford Arnell Gooden, III, Petitioner v. Iowa.**

562 U.S. 1103, 131 S. Ct. 813, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9555.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 5898.

**No. 09-10886. John Rooney, Petitioner v. Georgia.**

562 U.S. 1103, 131 S. Ct. 813, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9465.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 854, 131 S. Ct. 117, 178 L. Ed. 2d 72, 2010 U.S. LEXIS 6043.

**No. 09-11074. Jodene LaRue, Petitioner v. Denso Manufacturing Arkansas, Inc.**

562 U.S. 1103, 131 S. Ct. 813, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9481.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 5854.

**No. 09-11076. Herbert Banks, Petitioner v. Florida.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9477.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6449.

**No. 09-11325. Erik Earhart, Petitioner v. Khelleh Konteh, Warden.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 547, 2010 U.S. LEXIS 9579.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 874, 131 S. Ct. 178, 178 L. Ed. 2d 107, 2010 U.S. LEXIS 6636.